**Order entered August 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-01133-CV**
**No. 05-13-01134-CV**

## IN RE SENRICK WILKERSON, RELATOR

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. W10-01183-J, W10-01184-J

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     KERRY P. FITZGERALD
JUSTICE